AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

**UNITED STATES OF AMERICA**

    **PLAINTIFF**

                              **Case No.**      **1:01-CR-45-4**
                                                    **1:08-CV-135**

**RONALD L. HALSTEAD**

    **DEFENDANT**

## JUDGMENT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** as follows:

Defendant Halstead's Amended 2255 Petition is **DENIED** and this case is **DISMISSED, WITH PREJUDICE**.

                                        WALLY EDGELL, Ph.D., Clerk
                                        By:    Melody Hare
7/16/09                                                  Deputy Clerk